IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DESMOND LEE WHIPPLE, SR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV423-214
)
UNKNOWN, )
)
    Defendant. )
_____)

O R D E R

On July 26, 2023, Plaintiff Desmond Lee Whipple filed a letter, a page from the Honorable R. Stan Baker's Order in <u>Whipple v. Coastal State Prison</u>, No. 4:23-cv-200, Doc. 6 (S.D. Ga. July 17, 2023), and an election consenting to the Magistrate Judge presiding in the case with the clerk's office in the Northern District of Georgia. (Doc. 1.) On July 31, 2023, the Northern District of Georgia transferred the case to this District (Doc. 2), and the Clerk of Court subsequently assigned a civil case number to the case. As noted above, Plaintiff's filing appears to be a response to Judge Baker's order in CV423-200. Accordingly, the Clerk of Court is **DIRECTED** to **ENTER** the prior case filings and this order in CV423-200 and **CLOSE** CV423-214.

SO ORDERED this 1ST day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA